# UNITED STATES DISTRICT COURT
### Eastern District of Arkansas



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 23 2025

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA <br> v. <br> RANDALL DIONE HAMILTON | **JUDGMENT IN A CRIMINAL CASE** <br> (For **Revocation** of Probation or Supervised Release) <br><br> Case No. 4:19-cr-00199-JM-01 <br> USM No. 32691-009 <br><br> Amanda Simmons <br> Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) 1 & 3 and admits 2, 4, 5 & 6 of the term of supervision. (Mand., Stand., & Special)
     Pleads nolo contendere to

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 - Mandatory (1) | Violation of another federal, state, or local crime | 06/16/2025 |
| 2 - Mandatory (2) | Unlawfully possession of a controlled substance | 06/16/2025 |
| 3 - Standard (8) | Communicating with someone engaged in criminal activity | 06/16/2025 |
| 4 - Special (14) | Unlawful use of a controlled substance | 02/02/2024 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 6983

Defendant's Year of Birth: 1990

City and State of Defendant's Residence:
Little Rock, Arkansas

10/23/2025
Date of Imposition of Judgment

_/s/ James M. Moody Jr._
Signature of Judge

JAMES M. MOODY JR., U.S. DISTRICT JUDGE
Name and Title of Judge

10/23/25
Date

AO 245D (Rev. 09/19)  Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page 2 of 3

DEFENDANT: RANDALL DIONE HAMILTON
CASE NUMBER: 4:19-cr-00199-JM-01

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 5 - Special (14) | Failure to participate in substance abuse treatment, as directed | 05/26/2023 |
| 6 - Special (15) | Failure to participate in mental health treatment, as directed | 03/22/2024 |

Judgment — Page 3 of 3

DEFENDANT: RANDALL DIONE HAMILTON
CASE NUMBER: 4:19-cr-00199-JM-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

18 MONTHS with no supervised release to follow.

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends the defendant be designated to the soonest available medical facility to address his medical needs.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL